UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

T.V. a minor, by and through his next friend
and natural mother, VIJAYALAKSHMI
(Jeenu) DEVAMAANI, and by and through
his next friend and natural father,
VENKATESH AYELU PANDARINATHAN,

                    Plaintiffs,

v.                                                  Case No.

VIA CHRISTI HOSPITALS WICHITA INC.,
MELISSA CARDWELL, M.D. AND
JOHANNA AGUSTIN, MD,

                      Defendants.

## COMPLAINT

Comes now the minor Plaintiff, T.V., a minor, by and through his natural mother and next friend, Vijayalakshmi (Jeenu) Devamaani, his natural father and next friend, Venkatesh Ayelu Pandarinathan, and through his attorney, Bradley J. Prochaska of Prochaska, Howell, & Prochaska LLC, and for his medical malpractice claim against the defendants, states and alleges as follows:

### JURISDICTION AND VENUE

1. Subject matter jurisdiction is based on 28 U.S.C.A. Section 1332(a) (2) for the following reasons: Vijayalakshmi (Jeenu) Devamaani and Venkatesh Ayelu Pandarinathan are husband and wife. They are the natural parents of their son, T.V. All three are citizens of the country of India. They are currently domiciled in India, with a current address of 12th Main road, Y block, 7th street, Annanagar, Chennai 600040, India. The defendants are

residents of the State of Kansas and the State of Georgia. Defendant Via Christi Hospitals, Wichita, Inc. is a corporation duly organized and existing by virtue of the laws of the State of Kansas, doing business as with its principal place of business at 8200 E. Thorn Drive, Wichita, Kansas 67226; Defendant Dr. Johanna Agustin resides in Kansas.  Dr. Melissa Cardwell resides in Georgia. The amount in controversy exceeds $75,000.00 exclusive of interest and costs.

2. Venue is proper in the United States District Court for the District of Kansas, sitting in Wichita, pursuant to 28 U.S.C.A. 1391(b) (1)and (2) in that: jurisdiction is founded on diversity of citizenship; a substantial part of the events giving rise this claim occurred in this judicial district, namely, that the alleged medical malpractice occurred in defendant Via Christi –St. Joseph hospital at around the time of the birth of the plaintiff; the defendants are all subject to personal jurisdiction in this judicial district  at the time of the commencement of this action.

## THE PLAINTIFF

3. T.V. is a minor with a birth date of January 7, 2010. He lives with his natural mother, Jeenu Devamaani and his natural father, Venkatesh Ayelu Pandarinathan. His natural parents bring this lawsuit on his behalf as his next friends.

## THE DEFENDANTS

4. The defendant Dr. Agustin is a licensed practicing physician and a citizen of the State of Kansas.  She holds herself out as a specialist in obstetrics. She may be served with process by mailing a copy of the summons and this petition via certified U.S. mail return receipt requested to her residence at 1910 N. Glen Wood Street, Wichita, Sedgwick County, Kansas 67230-1779.

5. The defendant Dr. Melissa Cardwell is a licensed practicing physician and a citizen of the State of Georgia. She holds herself out as a specialist in family practice. She may be served with process by mailing a copy of the summons and this petition via certified U.S. mail return receipt requested to her residence at 1601 Cool Springs Road, Norman Park, Colquitt County, Georgia 31771-4569.

6. Defendant Via Christi Hospitals Wichita, Inc. may be served with process by mailing a copy of the summons and this petition via certified U.S. mail return receipt requested to the registered agent, Corporation Service Company, 2900 SW Wanamaker Drive, Suite 204, Topeka, KS 66614; or by emailing this Complaint to its attorney, Don Gribble.

## **FACTUAL ALLEGATIONS**

7. Jeenu Devamaani and Venkatesh Ayelu Pandarinathan are husband and wife are originally from India. They moved to the U.S. about 3 years prior to the birth of their son, T.V., due to Venkatesh's employment at Dell computer. For many months prior to the onset of labor and delivery, and during the pregnancy, Jeenu Devamaani and Venkatesh Ayelu Pandarinathan were residents of Wichita, Kansas.

8. Jeenu's labor and delivery occurred in Via Christi hospital, St. Joseph campus. Her labor was augmented with Pitocin. T.V.'s delivery was immediately preceded by "terminal bradycardia" as indicated in the physician delivery note. The obstetrics intraoperative records states, "Fetal Heart Tones 50s at transfer to OR". After a failed vacuum extraction, T.V. was born on January 17, 2010 at 0656 at Via Christi Regional Medical Center- St. Joseph campus via an emergency C/section.

9. T.V.'s Apgar scores were 0 at one minute, 0 at 5 minutes, and 0 at ten minutes. The arterial cord blood PH was 6.96, with an arterial cord blood base excess of -14. The neonatal delivery report states "Perinatal asphyxia with HIE". The admission summary states, "Infant

had severe metabolic acidosis secondary to asphyxia…Infant is at risk for cerebral palsy, mental retardation, growth and developmental delay. Parents were informed about the possibility of hypoxic injury and long term outcome." T.V. suffered a severe perinatal asphyxia insult that occurred during labor and delivery causing permanent injuries.

10. More specifically, T.V. suffered a brain injury as a result of his severe perinatal asphyxia. Subsequent to T.V. being born, and before the filing of this lawsuit, the plaintiff and his parents moved back to India where they currently reside.

## THE NEGLIGENCE OF THE DEFENDANTS

11. Jeenu's labor began and proceeded in a normal manner. The first several hours of the fetal heart monitor (FHM) strip were initially reassuring. The fetus entered labor as a normal healthy fetus without any evidence or signs on the FHM strip of pre-existing brain damage. The FHM strip eventually became non-reassuring. The labor and delivery nurses, resident physician Dr. Cardwell, and attending physician Dr. Agustin fell below the standard of care in failing to promptly and properly recognize the non-reassuring aspects of the FHM tracing.

12. As a result of their negligent failure to timely recognize the non-reassuring strip, the delivery by emergency C/section was inappropriately delayed for many minutes. The severe perinatal asphyxia and consequent brain damage would have been avoided had the physicians and nurses provided timely proper care and delivered the plaintiff earlier via an emergency C/section.

13. As a result of the substandard care of the nurses, resident physician and attending physician in managing the labor and delivery, the plaintiff suffered an avoidable severe perinatal insult that caused brain damage to the plaintiff at around the time of birth.

14. As a result of the negligent conduct of the defendants, plaintiff has received serious personal injuries. As a result of this, plaintiff has suffered physical pain and suffering, disability, disfigurement, mental anguish, loss of enjoyment of life, loss of income, diminished earning capacity, medical expenses, loss of ability to live independently, and other damages, and he will continue to incur such losses and other damages in the future. Plaintiff will need a life care plan. Plaintiff is claiming compensatory damages, special damages, and general damages.

15. As a result of the above described, Plaintiff has sustained damages in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs.

WHEREFORE, plaintiff prays for a judgment against the defendant for a sum in excess of $75,000.00, for his costs, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

By /s/Bradley J. Prochaska_____
Bradley J. Prochaska #10943
Ryan A. Prochaska #24566
PROCHASKA, HOWELL & PROCHASKA LLC
7701 E. Kellogg Ave., Suite 415
Wichita, Kansas 67207
(316) 683-9080
brad@phpattorneys.com
ryan@phpattorneys.com

**REQUEST FOR JURY TRIAL**

COMES NOW, the Plaintiff, by and through counsel, and requests a trial by jury on all issues.

    /s/Bradley J. Prochaska_____
Bradley J. Prochaska #10943
Ryan Prochaska #24566
PROCHASKA, HOWELL & PROCHASKA LLC
Attorneys for Plaintiff
7701 E. Kellogg Ave.
Suite 415
Wichita, Kansas 67207
(316) 683-9080
brad@phpattorneys.com
ryan@phpattorneys.com

## DESIGNATION OF PLACE FOR TRIAL

Plaintiff herein requests the trial in this matter be held in The United States District Court of the District of Kansas sitting in Wichita, Kansas.

Respectfully submitted,

    /s/Bradley J. Prochaska_____
Bradley J. Prochaska #10943
Ryan A. Prochaska #24566
PROCHASKA, HOWELL & PROCHASKA LLC
Attorneys for Plaintiff
7701 E. Kellogg Ste. 415
Wichita, KS 67207
Office: 316-683-9080
Fax: 316-683-6508